

FILED

05/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

FILED

MAY 1 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

_____

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

_____

The judges of the Eighth Judicial District of the State of Montana have requested the assistance of retired District Judge Mike Salvagni to assume jurisdiction of Cascade County Cause Nos. ADC-20-086, *State v. Jacob Fassett*, ADC-21-154, *State v. Johnathan Pettit*, ADN-18-352, *Matter of D.L., A Youth in Need of Care*, ADN-18-353, *Matter of M.L., A Youth in Need of Care*, and ADN-18-354, *Matter of P.L., Jr., A Youth in Need of Care*. They also request his assistance to conduct initials and various criminal status hearings on July 9, 2021, and to assume jurisdiction of a criminal jury trial scheduled in Department A on July 26-28, 2021.

Judge Salvagni has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103, MCA, has advised that he is agreeable to assisting the Eighth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Mike Salvagni, retired District Judge, is hereby called to active service in the District Court of the Eighth Judicial District of the State of Montana, to assume jurisdiction of Cascade County Cause Nos. ADC-20-086, *State v. Jacob Fassett*, ADC-21-154, *State v. Johnathan Pettit*, ADN-18-352, *Matter of D.L., A Youth in Need of Care*, ADN-18-353, *Matter of M.L., A Youth in Need of Care*, and ADN-18-354, *Matter of P.L., Jr., A Youth in Need of Care.* .

2. Judge Salvagni may conduct initials and various criminal status hearings on July 9, 2021, and to assume jurisdiction of a criminal jury trial scheduled in Department A on

July 26-28, 2021. He shall have full authority to conduct all proceedings, including final orders or dispositions in matters over which he presides.

3. For all active service, Judge Salvagni shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

A copy of this Order shall be filed with the District Court Clerk of Cascade County, with the request that this Order be sent to all counsel of record in the above-listed matters and be publicly posted for all counsel of record in all cases scheduled on the July 9, 2021 initials and various criminal status hearings and the July 26-28, 2021 jury trial on which he will preside.

A copy of this Order shall be provided to the District Court Judges of the Eighth Judicial District, the Honorable Mike Salvagni, Beth McLaughlin, Supreme Court Administrator, and Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 14th day of May, 2021.

_____
Chief Justice

2